IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **GENWORTH LIFE AND HEALTH INSURANCE COMPANY** | § § § | |
| **V.** | § § | **NO. 1:07-CV-301** |
| **GEORGE BROWN, SR.** | § § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to General Order 05-07.  The court has received and considered the report of the United States magistrate judge, who recommends that the court enter final judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **19** day of **July, 2007.**

_____
Ron Clark, United States District Judge